SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendants, Dan Carl Luper, Individually and dba Big O Tires, #5229; Julie A. Skinner, Individually and as Trustee of the Jas Separate Property Trust under certificate dated 7/12/04; Turney Enterprises, Inc.; Donald E. Turney, Individually and as Trustee of the Turney Family Trust of 8/14/96 and Vivian M. Turney, Individually and as Trustee of the Turney Family Trust of 8/14/96; MSLB, Inc., Individually and dba Big O Tires No. 46; Michael G. Hurd, Individually and dba Big O Tires No. 46; Sharlaine Olive Hurd, Individually and dba Big O Tires No. 46; Tire Services #5085, LLC, Individually and dba Big O Tires #5085

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Dan Carl Luper, Individually and dba Big O Tires #5229; Julie A. Skinner, Individually and as Trustee of the Jas Separate Property Trust under certificate dated 7/13/04, et al.,<br><br>        Defendants.<br>_____ | Case No.**2:11-cv-03056-GEB-GGH**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JANUARY 13, 2012 FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

STIPULATION RE: EXTENSION OF TIME - 1

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Dan Carl Luper, Julie A. Skinner, Tire Services #5085, LLC, Turney Enterprises, Inc., MSLB, Inc., Michael G. Hurd, Sharlaine Olive Hurd, Donald E. Turney and Vivian M. Turney, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants are granted an extension until January 13, 2012 to respond or otherwise plead to Plaintiff's complaint.
3. Defendants' response will be due no later than January 13, 2012.

IT IS SO STIPULATED effective as of December 12, 2011.

Dated:  December 20, 2011         /s/ Cris C. Vaughan
                                  Cris C. Vaughan,
                                  Attorney for Defendants,
                                  Dan Carl Luper and Julie
                                  Skinner


Dated:  December 21, 2011         /s/ Scott N. Johnson
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

**12/21/11**

_____
GARLAND E. BURRELL, JR.
United States District Judge