IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,

        Plaintiff,

    v.

Dan Carl Luper, Individually and d/b/a Big O Tires #5229; Julie A. Skinner, Individually and as Trustee of the Jas Separate Property Trust under certificate dated 7/13/04; Tire Services #5085, LLC, Individually and d/b/a Big O Tires #5085; Turney Enterprises, Inc.; MSLB, Inc., Individually and d/b/a Big O Tires No. 46; Michael G. Hurd, Individually and d/b/a Big O Tires No. 46 a/k/a Big O Tires Placerville; Sharlaine Olive Hurd, Individually and d/b/a Big O Tires No. 46 a/k/a Big O Tires Placerville; Donald E. Turney, Individually and as Trustee of the Turney Family Trust of 8/14/96; Vivian M. Turney, Individually and as Trustee of the Turney Family Trust of 8/14/96; Bruce Cherry, Inc., Individually and d/b/a Big O Tire Store No. 5183; Greg Mitchell, Inc., Individually and d/b/a Big O Tire Store No. 5183; Joel A. Lasker, Individually and d/b/a Big O Tire Store No. 5183; Henry C. Cohen; Frances B. Cohen; Guido Bertoli, Individually and d/b/a Big O Tires #15 of Fairfield and d/b/a Big O Tires Store #23, and as Trustee of the Bertoli Family Trust; Fairfield #5023, Inc., Individually and d/b/a Big O Tires Store #23; Gary Rolf Voss,

2:11-cv-03056-GEB-GGH

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE

1

```
Individually and d/b/a Big O      )
Tires Store #23; Esmeralda Nunes  )
Perdigao, Individually and as     )
Trustee of The Esmeralda Nunes    )
Perdigao Marital Trust            )
established under The 1987        )
Perdigao Living Trust dated       )
September 4, 1987; Ronald A.      )
Jones; Georgiann Chambers,        )
Individually and d/b/a Big O      )
Tires #21; Ted J. Chambers,       )
Individually and d/b/a Big O      )
Tires #21; Donald M. Miller;      )
Miller Family Partnership, Tires  )
#21; Ted J. Chambers,             )
Individually and d/b/a Big O      )
Tires #21; Donald M. Miller;      )
Miller Family Partnership,        )
                                  )
          Defendants.             )
_____)
                                  )
AND RELATED CROSS ACTION          )
_____)
```

The Joint Status Report filed February 27, 2012 ("JSR"), reveals this case is not ready to be scheduled since Plaintiff states in the JSR that Defendants Guido Bertoli, Fairfield #5023, Inc. and Gary Rolf Voss have been served but have not appeared, and "Defendant Ronald A. Jones has not been served and Plaintiff is still attempting service." (ECF No. 32, 2:27-3:8.)

Plaintiff shall file whatever documents are required to prosecute this case as a default matter as to Defendants Guido Bertoli, Fairfield #5023, Inc., and Gary Rolf Voss within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than April 16, 2012 why these defendants should not be dismissed for failure of prosecution.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that failure to serve Defendant

Ronald A. Jones with process within the 120 day period prescribed in that Rule may result in the unserved defendant being dismissed. To avoid dismissal, on or before March 19, 2012, Plaintiff shall file proof of service for this defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

Cross-complainant Esmeralda Nunes Perdigao is notified under Rule 4(m) that the failure to serve Cross-defendant Guido Bertoli with process within Rule 4(m)'s 120 day period may result in dismissal of her cross-complaint. To avoid dismissal, Cross-complainant Esmeralda Nunes Perdigao shall file proof of service of the cross-complaint or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period on or before June 11, 2012. For the stated reasons the Status (Pretrial Scheduling) Conference scheduled for hearing on March 12, 2012, is continued to commence at 9:00 a.m. on May 21, 2012. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: March 1, 2012

GARLAND E. BURRELL, JR.
United States District Judge