IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Dan Carl Luper, Individually and d/b/a Big O Tires #5229; Julie A. Skinner, Individually and as Trustee of the Jas Separate Property Trust under certificate dated 7/13/04; Guido Bertoli, Individually and d/b/a Big O Tires #15 of Fairfield and d/b/a Big O Tires Store #23, and as Trustee of the Bertoli Family Trust; Fairfield #5023, Inc., Individually and d/b/a Big O Tires Store #23; Gary Rolf Voss, Individually and d/b/a Big O Tires Store #23; Esmeralda Nunes Perdigao, Individually and as Trustee of The Esmeralda Nunes Perdigao Marital Trust established under The 1987 Perdigao Living Trust dated September 4, 1987,<br><br>        Defendants.*<br>_____<br><br>AND RELATED CROSS ACTION<br>_____ | 2:11-cv-03056-GEB-GGH<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

        Plaintiff's Status Report filed May 3, 2012 ("JSR") reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on May 21, 2012, is continued to June 25, 2012, at 9:00 a.m. A further joint status report

---

    * The caption has been amended according to Plaintiff's dismissal of multiple defendants on January 9, March 5, March 7, and April 20, 2012. (ECF Nos. 22, 35, 36, 37, and 42.)

1

shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff is required to address status of its settlements with the remaining defendants, and Defendant/Cross-Claimant Esmeralda Nunes Perdigao is required to address the status of her Cross-Claim.

Dated:  May 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge