SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Luper, et al<br><br>         Defendants | Case No. **11-cv-03056-GEB-GGH**<br><br>**PROPOSED ORDER RE: REQUEST TO SET ASIDE ENTRY OF DEFAULT** |

### ORDER

IT IS HEREBY ORDERED THAT the Entry of Default filed March 9, 2012 against Defendants, Guido Bertoli, Fairfield #5023, Inc., and Gary Rolf Voss be and is hereby SET ASIDE.

**Date: 5/24/2012**

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge