IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                )
                                 )   2:11-cv-03056-GEB-GGH
            Plaintiff,           )
                                 )
      v.                         )   ORDER RE: SETTLEMENT AND
                                 )   DISPOSITION
Dan Carl Luper, Individually and )
d/b/a Big O Tires #5229; Julie   )
A. Skinner, Individually and as  )
Trustee of the Jas Separate      )
Property Trust under certificate )
dated 7/13/04,                   )
                                 )
            Defendants.*         )
_____)

        Plaintiff filed a "Notice of Settlement" on April 26, 2012, in

which he states, "Plaintiff . . . and [the remaining d]efendants Dan

Carl Luper and Julie A. Skinner, have settled this action[, and

d]ispositional documents will be filed within (30) calendar days[.]"

(ECF No. 47.) Plaintiff subsequently filed a "Request for Extension of

Time to File Dispositional Documents," in which he requested an

extension until June 13, 2012, to file all dispositional documents. (ECF

No. 51.) No dispositional document has been filed as to these

defendants.

---

        *    The caption has been amended according to Plaintiff's
dismissal of multiple defendants on June 13, 2012 (ECF No. 54) and the
stipulated dismissal of the cross-claim on June 14, 2012 (ECF No. 55).

Therefore, a dispositional document shall be filed no later than June 25, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on June 25, 2012, is continued to July 23, 2012, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated:  June 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge